# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SEQUOIA SCIENCES, INC.,    :
            :
      Plaintiff,  :    No. 3:05 CV 1908 (MRK)
            :
v.            :
            :
THOMAS K. WOOD    :
            :
      Defendant. :

## RULING

For the reasons stated on the record in a telephonic conference on March 14, 2007, the Court

DISMISSES WITH PREJUDICE Counts IV and VI of Sequoia Sciences' Amended Complaint [doc.

# 77], DENIES Dr. Thomas Wood's Motion for Summary Judgment [doc. # 108], and DENIES

Sequoia Sciences' two Motions for Summary Judgment [docs. # 96, 113].

IT IS SO ORDERED.

/s/     Mark R. Kravitz
     United States District Judge

Dated at New Haven, Connecticut: **March 15, 2007.**